U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 11 2005

CLERK, U.S. DISTRICT COURT
By _____
              Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL BRIAN MCGRATH | ) | |
| | ) | |
| V. | ) | 3-01-CR-183-N |
| | ) | (3-04-CV-2193-N) |
| UNITED STATES OF AMERICA | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this __10__ day of __May__, 2005.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE